IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**MATTHEW PAUL GILLIS,**

    Plaintiff,

vs.                               Case No. 5:08CV362-RS/AK

**DR. GUZMAN, et al,**

    Defendants.

_____/

ORDER DIRECTING SERVICE

    Plaintiff's complaint (doc. 8) has been reviewed, pursuant to 28 U.S.C. § 1915A, and is deemed sufficient to alert the defendants to the nature of the claims against them. Plaintiff was directed to provide service copies and he has complied. Consequently, service will be directed on the Defendants.

    Accordingly, it is

    **ORDERED:**

    1. The Clerk is directed to issue summons for the Defendants in this action: **Dr. Guzman, John Seay, Ms. Pelt, Ms. N. Albu-Gardner, and Helen Hernandez**, who are employed at the Federal Correctional Institution, 3625 FCI Rd., Marianna, Florida 32446.

    2. The Clerk of Court is directed to prepare and send to the United States Marshal a copy of this order for each Defendant, as well as a copy for the Attorney

General of the United States and the United States Attorney for the Northern District of Florida, along with the service copies of the summons and complaint. Pursuant to Fed. R. Civ. P. 4(c)(2), all costs of service shall be advanced by the United States.

3. The Marshal shall forward to the Plaintiff USM 285 forms for the United States Attorney, the Attorney General of the United States, and the named Defendants. Plaintiff shall complete single USM 285 forms for service upon the United States Attorney for the Northern District of Florida, (to be addressed to: Civil Process Clerk, United States Attorney's Office, Northern District of Florida, 111 N. Adams Street, Fourth Floor, Tallahassee, Florida 32301), the Attorney General of the United States (Department of Justice, Room 511, Washington, D.C. 20530), and Defendants **Dr. Guzman, John Seay, Ms. Pelt, Ms. N. Albu-Gardner, and Helen Hernandez** (FCI, 3625 FCI Rd, Marianna, Florida 32446). The instructions shall require Plaintiff to complete and return the forms to the United States Marshal's office in Tallahassee within twenty (20) days from the date of receipt thereof. Failure by Plaintiff to return the completed forms within this time period may result in the dismissal of this case.

4. The Marshal shall serve the office of the United States Attorney for this District by delivering a copy of the complaint and summons to the designated civil process clerk for the United States Attorney for the Northern District of Florida.

5. The Marshal shall serve the Attorney General of the United States by sending a copy of the complaint and summons **via certified mail** to the Attorney General of the United States at the address specified above.

6. The Marshal shall serve the Defendants by sending a copy of the complaint and summons **via certified mail** to Defendants at the address specified above.

7. The Clerk of Court is directed to return this file to the undersigned if a return of service is filed which indicates that service has not been executed or upon receipt of an answer to the complaint.

8. After a response to the complaint has been filed by Defendants, Plaintiff shall be required to mail a copy of every pleading or other paper, including letters, submitted for consideration to the Court, to the attorney for Defendants.  Plaintiff shall include with each original paper that is filed with the Clerk of the Court a certificate stating the date a correct copy of the paper was mailed to each Defendant or to counsel for Defendant. Any paper submitted that does not contain a certificate of service shall be returned by the Clerk and disregarded by the Court.

9. In accordance with 28 U.S.C. § 636(c)(2), the Clerk shall forward a form for consenting to trial by the magistrate judge, with the case number written on it, to Plaintiff.  If Plaintiff wishes to consent, she should sign the form and forward it to counsel for Defendant, who shall return it to the Clerk only if Defendant consents.

**DONE AND ORDERED** this __23rd__ day of April, 2009.

*s/ A. KORNBLUM*
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**